**Billie Austin X. BRYANT, Plaintiff-Appellant,**

v.

**Olin G. BLACKWELL, Warden, U. S. Penitentiary, Defendant-Appellee.**

**No. 72–1118.**

United States Court of Appeals, Fifth Circuit.

Jan. 30, 1973.

George M. Leppert, New Orleans, La., for plaintiff-appellant.

John W. Stokes, Jr., U. S. Atty., Beverly B. Bates, Asst. U. S. Atty., Atlanta, Ga., for defendant-appellee.

Before COLEMAN, GOLDBERG and GODBOLD, Circuit Judges.

PER CURIAM:

We pretermit discussion of whether appellant has a federal cause of action against prison officials for alleged violation of his constitutional rights in a federal prison, because as a matter of law the incidents of prison life to which he objects do not rise to the level of constitutional violations.

Affirmed.

---

\* Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

GOLDBERG, Circuit Judge (specially concurring):

I concur in the result. I am convinced that the trial court's dismissal of appellant's action, without prejudice to his right to refile, must be affirmed due to a defective showing of in personam jurisdiction over the named defendants. Unless and until in personam jurisdiction is found to exist, I would not meet the very serious question of whether appellant states a constitutional cause of action.